**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6337**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WAYNE E. JACKSON,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CR-
98-34-S, CA-01-435-S)

———————

Submitted:  June 21, 2001          Decided:  June 29, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne E. Jackson, Appellant Pro Se. Thomas Michael DiBiagio, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne E. Jackson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jackson, Nos. CR-98-34-S; CA-01-435-S (D. Md. Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2